(1) The United States' motion to dismiss is granted.

(2) Each side shall bear its own costs.

(3) A–1 Amusement's motion to consolidate this appeal with other appeals is moot.

---

[*] In its notice of appeal, A–1 Amusement states that it appeals "from the order and judgment entered by the United States Court of Federal Claims on October 19, 2000 and the order and judgment entered on March 21, 2001, dismissing plaintiffs' Amended Complaint." In its response to the United States' motion to dismiss, A–1 Amusement does not state that it is seeking review of the March 21, 2001 dismissal of count II, to which it consented.

**DECADE INDUSTRIES, INC. (doing business as Sanus Systems), Plaintiff–Appellee,**

v.

**WOOD TECHNOLOGY, INC., Defendant–Appellant.**

No. 01–1416.

United States Court of Appeals, Federal Circuit.

DECIDED: Aug. 7, 2001.

ORDER

The parties having so agreed, it is ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).